**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HASSAN BIN ATTASH,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-cv-1592 (RCL)** |
| ) | |
| **BARACK OBAMA,** *et al.*, ) | |
| ) | |
| **Respondents.** ) | |

## ORDER

Upon consideration of petitioner's unopposed motion to suspend briefing schedule, it is hereby ORDERED that the request is GRANTED. It is further

ORDERED that petitioner's counsel will notify respondents' counsel when the issues necessitating the suspension are resolved, and the parties will work together to set and present the Court a mutually agreeable briefing schedule at that time; it is further

ORDERED that petitioner will not file his traverse or motion for judgment until at least thirty day have passed from the date on which petitioner's counsel notifies respondents' counsel that the issues necessitating the suspension have been resolved; it is further

ORDERED that respondents' duties under the Court's Discovery Order dated June 11, 2009, and the Case Management Order remain in effect.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on March 29, 2010.